UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA PATRICK SMITH,
    Plaintiff,

vs.                          Case No.: 3:23cv5661-TKW/ZCB

JASMINE CADE, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 78). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Plaintiff's request for a default and default judgment be denied. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's request for entry of default (Doc. 73) and motion for default judgment (Doc. 74) are **DENIED**.

3. This case is returned to the magistrate judge for further proceedings.

**DONE and ORDERED** this 8th day of July, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**