UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA PATRICK SMITH,
    Plaintiff,

vs.                                                  Case No.: 3:23cv5661/TKW/ZCB

JASMINE CADE, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 87). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the claims against Defendant Cade should be dismissed for lack of service. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The claims against Defendant Cade are **DISMISSED without prejudice** under Fed. R. Civ. P. 4(m) for lack of service.

3. The Clerk shall terminate Jasmine Cade as a defendant in CM/ECF.

4. This case is returned to the magistrate judge for further proceedings.

**DONE and ORDERED** this 3rd day of September, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**