UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA PATRICK SMITH,

    Plaintiff,

v.   Case No. 3:23-cv-5661-TKW/ZCB

DAVONTE WILLIAMS, et al.,

    Defendants.
    _____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 93). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the motion to dismiss filed by Defendant McCorvey and adopted by Defendant Williams should be denied. Specifically, with respect to Defendants' argument concerning the issue of punitive damages, the motion is denied on the merits not as premature. *See Jones v. Eustice*, 2024 WL 4026180, at *1 (N.D. Fla. Sep. 3, 2024) (citing cases).

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The motion to dismiss filed by Defendant McCorvey (Doc. 72) and adopted by Defendant Williams (Doc. 80) is **DENIED**.

3. This case is returned to the magistrate judge for further pretrial proceedings.

**DONE and ORDERED** this 7th day of October, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**